UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BELL, | No. 2:16-cv-2548 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 12, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported generally by the record and by proper analysis. The court cannot tell from the magistrate judge's explanation how any defendant might enjoy absolute immunity, or qualified immunity for that matter, and so declines to adopt the discreet,

sweeping statement to that effect, *see* ECF No. 7 at 9, line 7; but the Findings and Recommendations are well-founded without the inclusion of the statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2019, are adopted except as noted above;

2. This action is dismissed without leave to amend for failure to state a cognizable federal claim; and

3. The clerk of the court close this case.

DATED: September 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE